1  DENNIS A. CAMMARANO/BAR NO. 123662
   JEREMY B. GARD/BAR NO. 269265
2  CAMMARANO LAW GROUP
   555 East Ocean Boulevard, Suite 501
3  Long Beach, California  90802
   Telephone:  (562) 495-9501
4  Facsimile: (562) 495-3674

5  Attorneys for Plaintiff, MAPFRE SEGUROS GENERALES DE COLUMBIA
   S.A., COMPANIA DE SEGUROS GENERALES PENTA-SECURITY, S.A., and
6  RIMAC INTERNACIONAL COMPANIA DE SEGUROS Y REASEGUROS,
   S.A.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MAPFRE SEGUROS GENERALES DE COLUMBIA S.A.; COMPANIA DE SEGUROS GENERALES PENTA-SECURITY, S.A.; and RIMAC INTERNACIONAL COMPANIA DE SEGUROS Y REASEGUROS, S.A., Plaintiffs, vs. PEOPLE & LOGISTICS AMERICA, INC.; PEOPLE & LOGISTICS TRANSPORT, INC.; and DOES 1 through 10, inclusive, Defendants. | Case No.: 2:11-cv-03791-JFW-(PJWx)  **JUDGMENT ON STIPULATION**  Courtroom: 16 The Hon.  John F. Walter |
|---|---|

Plaintiffs **MAPFRE SEGUROS GENERALES DE COLUMBIA S.A.**, **COMPANIA DE SEGUROS GENERALES PENTA-SECURITY, S.A.**, and **RIMAC INTERNACIONAL COMPANIA DE SEGUROS Y REASEGUROS, S.A.** ("Plaintiffs"), and Defendants **PEOPLE & LOGISTICS AMERICA, INC.** ("Defendant") have stipulated to the entry of judgment in favor of Plaintiff's against Defendant.

*JUDGMENT  AS TO DEFENDANTS PEOPLE & LOGISTICS AMERICA, INC.*

Based on the stipulated and good cause appearing, the Court hereby awards judgment in favor of PLAINTIFFS against PEOPLE & LOGISTICS AMERICA, INC. on each cause of action for:

1. Damages in the amount of two-hundred thirty-five thousand dollars ($235,000);
2. This judgment is inclusive of costs;
3. Each party to bear its own attorney's fees; and
4. Interest shall be calculated from the date of the judgment, pursuant to 28 U.S.C. § 1961.

Dated:     June 20, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE