1  DENNIS A. CAMMARANO/BAR NO. 123662
   JEREMY B. GARD/BAR NO. 269265
2  CAMMARANO LAW GROUP
   555 East Ocean Boulevard, Suite 501
3  Long Beach, California  90802
   Telephone:  (562) 495-9501
4  Facsimile: (562) 495-3674

5  Attorneys for Plaintiff, MAPFRE SEGUROS GENERALES DE COLUMBIA
   S.A., COMPANIA DE SEGUROS GENERALES PENTA-SECURITY, S.A., and
6  RIMAC INTERNACIONAL COMPANIA DE SEGUROS Y REASEGUROS,
   S.A.

7

8                                              JS - 6

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   MAPFRE SEGUROS GENERALES DE )   Case No.: 2:11-cv-03791-JFW-
13 COLUMBIA S.A.; COMPANIA DE   )   (PJWx)
   SEGUROS GENERALES PENTA-     )
14 SECURITY, S.A.; and RIMAC    )
   INTERNACIONAL COMPANIA DE    )   **JUDGMENT ON STIPULATION**
15 SEGUROS Y REASEGUROS, S.A.,  )
                                )
16         Plaintiffs,           )
                                )   Courtroom: 16
17 vs.                          )   The Hon.  John F. Walter
                                )
18 PEOPLE & LOGISTICS AMERICA,  )
   INC.; PEOPLE & LOGISTICS     )
19 TRANSPORT, INC.; and DOES 1  )
   through 10, inclusive,       )
20                              )
           Defendants.          )
21 _____ )

22      Plaintiffs **MAPFRE SEGUROS GENERALES DE COLUMBIA S.A.**,

23 **COMPANIA DE SEGUROS GENERALES PENTA-SECURITY, S.A.**, and

24 **RIMAC INTERNACIONAL COMPANIA DE SEGUROS Y REASEGUROS,**

25 **S.A.** ("Plaintiffs"), and Defendants **PEOPLE & LOGISTICS AMERICA, INC.**

26 ("Defendant") have stipulated to the entry of judgment in favor of Plaintiff's

27 against Defendant.

28

*JUDGMENT  AS TO DEFENDANTS PEOPLE & LOGISTICS AMERICA, INC.*

Based on the stipulated and good cause appearing, the Court hereby awards judgment in favor of PLAINTIFFS against PEOPLE & LOGISTICS AMERICA, INC. on each cause of action for:

1. Damages in the amount of two-hundred thirty-five thousand dollars ($235,000);
2. This judgment is inclusive of costs;
3. Each party to bear its own attorney's fees; and
4. Interest shall be calculated from the date of the judgment, pursuant to 28 U.S.C. § 1961.

Dated:     June 20, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE